# UNITED STATES DISTRICT COURT

District of        Massachusetts

The M.D. Management Co., LLC (Petitioner),
Adrian E. Lepedeanu (Beneficiary),
Mariana Lepedeanu (Dependant, spouse), &
R.L. (Dependant, child)

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of Homeland Security
Citizenship and Immigration Services

CASE NUMBER:

# 04 10499 RWZ

TO: (Name and address of Defendant)

Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Sq., 3rd Floor
Boston, MA 02110

Phone: 617-482-4500
Fax: 617-451-6828

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



TONY ANASTAS

CLERK                                                                    DATE    3-12-04

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/16/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Elisabeth Kingsbury | Legal Intern |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify): _Sent via Certified Mail, Return Receipt Requested._
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/31/04___
Date

_Elisabeth Kingsbury_
Signature of Server

_KOF, 10 Winthrop Sq., 3rd Fl., Boston, MA 02110_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of General Counsel
U.S. Dept. of Homeland
            security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Vincent Corley_    ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

VINCENT CORLEY    3/23/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 2260 0003 6565 7215

102595-02-M-1540

PS Form 3811, August 2001    Domestic Return Receipt