AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

The M.D. Management Co., LLC (Petitioner),
Adrian E. Lepedeanu (Beneficiary),
Mariana Lepedeanu (Dependant, spouse) &
R.L. (Dependant, child)
V.

U.S. Department of Homeland Security
Citizenship and Immigration Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10499 RWZ

TO: (Name and address of Defendant)

John Ashcroft
Attorney General
U.S. Department of Justice, 950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Sq., 3rd Floor
Boston, MA 02110

Phone: 617-482-4500
Fax: 617-451-6828

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____  MAR 1 1 2004
                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-16-04 |
| NAME OF SERVER (PRINT) Elisabeth Kingsbury | TITLE Legal Intern |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Sent via Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-04          *Elisabeth Kingsbury*
             Date             Signature of Server

             KOF, 10 Winthrop Sq., 3rd Fl., Boston, MA 02110
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft
Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
MAR 2 2 2004

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0003 6565 7222

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0440