# UNITED STATES DISTRICT COURT

District of __Massachusetts__

The M.D. Management Co, LLC (Petitioner)
Adrian E. Lepedeanu (Beneficiary)
Mariana Lepedeanu (Dependant, spouse) &
R.L. (Dependant, child)

V.

U.S. Department of Homeland Security
Citizenship and Immigration Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 10499 RWZ

TO: (Name and address of Defendant)

Frank Crowley, Asst. District Counsel
Department of Homeland Security
JFK Federal Building
15 New Sudbury St., Room 425
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Sq., 3rd Floor
Boston, MA 02110

phone: 617-482-4500
fax:   617-451-6828

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



3-12-04

CLERK                                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3-16-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Elisabeth Kingsbury | Legal Intern |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via Certified Mail/Return Reciept Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-04           *Elisabeth Kingsbury*
            Date                Signature of Server

               10 Winthrop Sq., 3rd Floor, Boston, MA 02110
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  3/18/04 |
| 1. Article Addressed to:<br>Frank Crowley, Asst. Dist. Counsel<br>Dept. of Homeland Security<br>JFK Building<br>15 New Sudbury St.<br>Room 425<br>Boston, MA 02203 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0003 6565 7208 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540