# UNITED STATES DISTRICT COURT

District of __Massachusetts__

The M.D. Management Co., LLC (Petitioner),
Adrian E. Lepedeanu (Beneficiary),
Mariana Lepedeanu (Dependant, spouse), &
R. L. (Dependant, child)

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of Homeland Security
Citizenship and Immigration Services

CASE NUMBER:

**04 10499 RWZ**

TO: (Name and address of Defendant)

Tom Ridge, Secretary
Department of Homeland Security
~~U.S. Department of Justice~~
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Sq., 3rd Floor
Boston, MA 02110

phone: 617-482-4500
fax: 617-415-6828

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      3-12-04

**CLERK**                                         DATE

_____
(By) DEPUTY CLERK