UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 25 P 1: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

THE MD MANAGEMENT CO., LLC )
      Petitioner )
       )
ADRIAN LEPEDEANU )
      Beneficiary )
       )
MARIANA LEPEDEANU )
      Dependent, Spouse )
       )
R.L. )
      Dependent, Child )
       )
      Plaintiffs, )
       )
v. )    Civil Action No. 04-10499-RWL
       )
U.S. DEPARTMENT OF HOMELAND )
SECURITY, CITIZENSHIP AND )
IMMIGRATION SERVICES, )
       )
      Defendant. )

## DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Pursuant to the schedule set by the Court at the June 16, 2004 status hearing, Defendant

hereby provides notice of filing of the Administrative Record in this matter, and attaches it

hereto. It is numbered 0001-0308. Once Defendant has received the updated decision from its

Administrative Appeal Unit, it will supplement the Administrative Record.

Respectfully submitted,

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:

Jeremy M. Sternberg
Assistant U.S. Attorney
U. S. Attorney's Office
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

## Certificate of Service

I certify that I caused a copy of this notice of filing to be sent by US Mail to Maureen O'Sullivan, Kaplan, O'Sullivan & Friedman, 10 Winthrop Sq., Boston, MA 02110.

6/25/04

Jeremy M. Sternberg
Assistant U.S. Attorney

2