UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE M.D. MANAGEMENT CO.
                Plaintiff

        V.

U.S. DEPT. OF HOMELAND SECURITY
                Defendant

CIVIL ACTION

NO. 04-10499RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the Memorandum of Decision and ORDER entered 1/18/05;

JUDGMENT is entered for DEFENDANTS.

                                        By the Court,

  1/19/05                            s/ Lisa A. Urso
    Date                              Deputy Clerk